In the Matter of CHARLES W. BALLARD, Appellant, against JOHN L. RICE, as Commissioner of Health of the City of New York, et al., Respondents.

Argued February 21, 1939; decided March 7, 1939.

*Albert De Roode* for appellant.

*William C. Chanler, Corporation Counsel (William S. Gaud, Jr.,* and *Stanley Buchsbaum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.